# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: GRECO ACQUISITIONS, INC. D/B/A HR E § | Case No. 16-40573-HA |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD G. ZELLERS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $985,822.11            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $349,694.55        Claims Discharged Without Payment: N/A

Total Expenses of Administration: $273,937.15

---

    3) Total gross receipts of $ 623,631.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $623,631.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $349,694.55 | $349,694.55 | $349,694.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 335,413.10 | 335,413.10 | 273,937.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,822,168.37 | 12,497,996.45 | 12,494,189.61 | 0.00 |
| **TOTAL DISBURSEMENTS** | $12,822,168.37 | $13,183,104.10 | $13,179,297.26 | $623,631.70 |

    4) This case was originally filed under Chapter 7 on March 29, 2016. The case was pending for 46 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/20/2020     By: /s/RICHARD G. ZELLERS
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| RENT | 1222-000 | 6,000.00 |
| MACHINERY & EQUIPMENT | 1129-000 | 5,000.00 |
| 2006 Chevy (2 axle) Vin#1 GBE5C1286F409320 Estim | 1129-000 | 3,851.00 |
| 2007 Ford (2 axle) Vin #3FRVVF65877V488745 Estim | 1129-000 | 4,561.72 |
| 2001 MACK (3 Axle) | 1129-000 | 7,050.00 |
| 2010 NISSAN MURANO | 1129-000 | 8,300.00 |
| 2009 Chevy Colbolt Vin#1 G1AS18H097253458 Estima | 1129-000 | 2,900.00 |
| A/R 90 days old or less. Face amount = $691392.5 | 1121-000 | 226,614.67 |
| ?Parcel #68-00424.000 (193 North James Street, E | 1110-000 | 260,000.00 |
| Insurance payment for mechanic lien | 1249-000 | 91,475.46 |
| 2007 INTERNATIONAL 7500 TRUCK | 1229-000 | 6,556.21 |
| 1998 UTILITY FLAT BED TRAILER | 1229-000 | 1,250.00 |
| TAX REFUND | 1224-000 | 72.64 |
| **TOTAL GROSS RECEIPTS** | | **$623,631.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | National Fire & Water Repair | 4110-000 | N/A | | 0.00 | 0.00 |
| | JPMORGAN CHASE | 4210-000 | N/A | 15,782.92 | 15,782.92 | 15,782.92 |
| | JPMORGAN CHASE | 4210-000 | N/A | 13,577.94 | 13,577.94 | 13,577.94 |
| | JP MORGAN CHASE | 4210-000 | N/A | 21,969.74 | 21,969.74 | 21,969.74 |
| | SAFEGUARD TITLE AGENCY | 4700-000 | N/A | 5,633.87 | 5,633.87 | 5,633.87 |
| | SAFEGUARD TITLE AGENCY | 4700-000 | N/A | 10,164.61 | 10,164.61 | 10,164.61 |
| | JPMORGAN CHASE | 4110-000 | N/A | 171,929.96 | 171,929.96 | 171,929.96 |
| | JPMORGAN CHASE | 4210-000 | N/A | 20,400.00 | 20,400.00 | 20,400.00 |
| | JPMORGAN CHASE | 4210-000 | N/A | 11,900.00 | 11,900.00 | 11,900.00 |
| | JPMORGAN CHASE | 4210-000 | N/A | 21,378.35 | 21,378.35 | 21,378.35 |
| | JPMORGAN CHASE | 4210-000 | N/A | 11,900.00 | 11,900.00 | 11,900.00 |
| | JPMORGAN CHASE | 4210-000 | N/A | 15,640.00 | 15,640.00 | 15,640.00 |
| | JPMORGAN CHASE | 4210-000 | N/A | 6,919.00 | 6,919.00 | 6,919.00 |
| | JPMORGAN CHASE | 4210-000 | N/A | 13,166.89 | 13,166.89 | 13,166.89 |
| | JPMORGAN CHASE | 4210-000 | N/A | 3,352.77 | 3,352.77 | 3,352.77 |
| | JPMORGAN CHASE | 4210-000 | N/A | 5,978.50 | 5,978.50 | 5,978.50 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $349,694.55 | $349,694.55 | $349,694.55 |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - RICHARD G. ZELLERS | 2100-000 | N/A | 34,431.59 | 34,431.59 | 17,817.86 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD G. ZELLERS | 3110-000 | N/A | 90,000.00 | 90,000.00 | 46,573.74 |
| Trustee Expenses - Richard G. Zellers | 2200-000 | N/A | 2,976.00 | 2,976.00 | 1,540.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.96 | 16.96 | 16.96 |
| Other - TRAVLERS COMMERCIAL LINES | 2420-750 | N/A | 3,275.00 | 3,275.00 | 3,275.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.24 | 55.24 | 55.24 |
| Other - TRAVELERS COMMERCIAL LINES | 2420-750 | N/A | 3,275.00 | 3,275.00 | 3,275.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.57 | 53.57 | 53.57 |
| Other - BEN RUDICK AND SON, INC. | 2990-000 | N/A | 91,475.46 | 91,475.46 | 91,475.46 |
| Other - TRAVELERS COMMERCIAL LINES | 2420-750 | N/A | 3,267.75 | 3,267.75 | 3,267.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.81 | 88.81 | 88.81 |
| Other - JEFF BYCE, AUCTIONEER | 3630-000 | N/A | 3,446.89 | 3,446.89 | 3,446.89 |
| Other - JEFF BYCE, AUCTIONEER | 3640-000 | N/A | 3,080.69 | 3,080.69 | 3,080.69 |
| Other - CHAMPION ENERGY SERVICES | 2990-000 | N/A | 7,993.53 | 7,993.53 | 7,993.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.46 | 98.46 | 98.46 |
| Other - EAST PALESTINE WATER AND SEWER | 2420-000 | N/A | 37.10 | 37.10 | 37.10 |
| Other - EAST PALESTINE WATER AND SEWER | 2420-000 | N/A | 37.10 | 37.10 | 37.10 |
| Other - OHIO EDISON | 2420-000 | N/A | 1,337.24 | 1,337.24 | 1,337.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.56 | 75.56 | 75.56 |
| Other - EAST PALESTINE WATER AND SEWER | 2420-000 | N/A | 37.10 | 37.10 | 37.10 |
| Other - EAST PALESTINE WATER AND SEWER | 2420-000 | N/A | 37.10 | 37.10 | 37.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.82 | 86.82 | 86.82 |
| Other - Insurance Partners Agency, Inc. | 2300-000 | N/A | 16.44 | 16.44 | 16.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.48 | 89.48 | 89.48 |
| Other - SAFEGUARD TITLE AGENCY | 3630-000 | N/A | 20,600.00 | 20,600.00 | 20,600.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 306.60 | 306.60 | 306.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.41 | 161.41 | 161.41 |
| Other - JEFF BYCE | 3640-000 | N/A | 8,333.64 | 8,333.64 | 8,333.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.79 | 165.79 | 165.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 151.06 | 151.06 | 151.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 170.71 | 170.71 | 170.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.19 | 168.19 | 168.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.49 | 173.49 | 173.49 |
| Other - EARL SCOTT, CPA | 3410-000 | N/A | 1,038.00 | 1,038.00 | 1,038.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 209.55 | 209.55 | 209.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 167.33 | 167.33 | 167.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.51 | 175.51 | 175.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 172.52 | 172.52 | 172.52 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD G. ZELLERS | 3110-000 | N/A | 45,000.00 | 45,000.00 | 45,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.43 | 126.43 | 126.43 |
| Other - Insurance Partners Agency, Inc. | 2300-000 | N/A | 21.91 | 21.91 | 21.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - Rabobank, N.A. | 2600-000 | N/A | 102.11 | 102.11 | 102.11 |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.58 | 87.58 | 87.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.76 | 102.76 | 102.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.66 | 94.66 | 94.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 115.65 | 115.65 | 115.65 |
| Other - EARL SCOTT, CPA | 3410-000 | N/A | 526.00 | 526.00 | 526.00 |
| Other - LEECH TISHMAN | 3210-000 | N/A | 3,498.50 | 3,498.50 | 3,498.50 |
| Other - LEECH TISHMAN | 3220-000 | N/A | 407.24 | 407.24 | 407.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.79 | 103.79 | 103.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.86 | 107.86 | 107.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.71 | 105.71 | 105.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.66 | 55.66 | 55.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.48 | 66.48 | 66.48 |
| Other - LEECH TISHMAN | 3210-000 | N/A | 1,980.02 | 1,980.02 | 1,980.02 |
| Other - LEECH TISHMAN | 3220-000 | N/A | 14.33 | 14.33 | 14.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.97 | 59.97 | 59.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.38 | 58.38 | 58.38 |
| Other - Insurance Partners Agency, Inc. | 2300-000 | N/A | 15.95 | 15.95 | 15.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.62 | 63.62 | 63.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.39 | 52.39 | 52.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.22 | 54.22 | 54.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.78 | 59.78 | 59.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.86 | 57.86 | 57.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.21 | 52.21 | 52.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.49 | 61.49 | 61.49 |
| Other - RANDALL MELVIN, CPA | 3410-000 | N/A | 1,971.00 | 1,971.00 | 1,971.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.85 | 55.85 | 55.85 |
| Other - SAFEGUARD TITLE AGENCY | 2500-000 | N/A | 3,041.00 | 3,041.00 | 3,041.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$335,413.10** | **$335,413.10** | **$273,937.15** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Premier Steel Inc. | 7100-000 | 2,631.40 | 2,631.40 | 2,631.40 | 0.00 |
| 2 | Mid-America Steel Corporation | 7100-000 | 10,969.32 | 10,969.32 | 10,969.32 | 0.00 |
| 3 | Alro Steel Corporation | 7100-000 | 9,488.85 | 9,488.85 | 9,488.85 | 0.00 |
| 4 | Gen- Kal Pipe & Steel Corp. | 7100-000 | 1,149.22 | 1,149.22 | 1,149.22 | 0.00 |
| 5 | Performance Processing Ventures, LLC | 7100-000 | N/A | 5,234.32 | 5,234.32 | 0.00 |
| 6 | J.A.S. Industries, Inc. | 7100-000 | 2,224.99 | 2,224.99 | 2,224.99 | 0.00 |
| 7 | J.T. Ryerson & Son | 7100-000 | N/A | 840.00 | 840.00 | 0.00 |
| 8 | Erie Concrete & Steel Supply Co. | 7100-000 | 204.00 | 204.00 | 204.00 | 0.00 |
| 10 | Infra-Metals Co. | 7100-000 | 15,109.62 | 15,109.62 | 15,109.62 | 0.00 |
| 11 | Universal Steel | 7100-000 | 9,811.80 | 9,811.80 | 9,811.80 | 0.00 |
| 12 | Bull Moose Tube Company | 7100-000 | 3,330.96 | 3,330.96 | 3,330.96 | 0.00 |
| 13 | Gerdau Ameristeel U.S. Inc. | 7100-000 | 43,424.04 | 44,187.04 | 44,187.04 | 0.00 |
| 14 | East-West Rental Leasing | 7100-000 | N/A | 3,181.48 | 3,181.48 | 0.00 |
| 15 | Euler Hermes N.A. | 7100-000 | N/A | 18,630.82 | 18,630.82 | 0.00 |
| 16 | Penn Stainless Products, Inc. | 7100-000 | 4,371.50 | 3,553.10 | 3,553.10 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Amount Filed | Amount Allowed | Paid to Date | Balance |
|---|---|---|---|---|---|---|
| 17 | Nucor Steel South Carolina, | 7100-000 | 26,920.61 | 26,920.61 | 26,920.61 | 0.00 |
| 18 | Nucor Steel Auburn, Inc. | 7100-000 | 13,410.29 | 13,410.29 | 13,410.29 | 0.00 |
| 19 | Triad Metals | 7100-000 | 187,935.97 | 187,935.97 | 187,935.97 | 0.00 |
| 20 | DOMINON EAST OHIO GAS | 7100-000 | 2,806.94 | 2,850.98 | 2,850.98 | 0.00 |
| 21 | Metals USA Plates & Shapes Northeast LP | 7100-000 | 62,616.04 | 64,046.04 | 64,046.04 | 0.00 |
| 22 | Kenliworth Steel Co. | 7100-000 | 30,937.52 | 30,937.52 | 30,937.52 | 0.00 |
| 23 | Select Steel Inc. | 7100-000 | 657.92 | 657.92 | 657.92 | 0.00 |
| 24 | Frontier Steel, a division of | 7100-000 | 17,247.73 | 17,247.73 | 17,247.73 | 0.00 |
| 25 | The Travelers Indemnity Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 26 | Leeco Steel, LLC | 7100-000 | 65,546.46 | 65,546.46 | 65,546.46 | 0.00 |
| 27 | Steel of America Trading Corp. | 7100-000 | 31,061.21 | 31,061.21 | 31,061.21 | 0.00 |
| 28 | JPMorgan Chase Bank, N.A. | 7100-000 | 11,703,151.90 | 11,917,737.06 | 11,917,737.06 | 0.00 |
| 29 | Champion Energy Services, LLC | 7200-000 | N/A | 625.36 | 625.36 | 0.00 |
| 30 | Champion Energy LLC | 7200-000 | N/A | 625.36 | 0.00 | 0.00 |
| 31 | Pitney Bowes Global Financial Services LLC | 7200-000 | N/A | 4,665.54 | 4,665.54 | 0.00 |
| 32 | East-West Rental Leasing | 7200-000 | N/A | 3,181.48 | 0.00 | 0.00 |
| NOTFILED | Hyperthem, Inc. | 7100-000 | 1,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Independence Tube | 7100-000 | 42,598.84 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey L. Koberg, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Tube & Steel Company | 7100-000 | 15,213.51 | N/A | N/A | 0.00 |
| NOTFILED | National Fire & Water Repair Ben Rudick & Son, Inc | 7100-000 | 12,451.62 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Steel | 7100-000 | 25,994.53 | N/A | N/A | 0.00 |
| NOTFILED | Fisher Ludlow | 7100-000 | 3,521.54 | N/A | N/A | 0.00 |
| NOTFILED | Contractors Steel Company | 7100-000 | 236,161.38 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 926.82 | N/A | N/A | 0.00 |
| NOTFILED | American Eagle Steel Corp. | 7100-000 | 20,816.93 | N/A | N/A | 0.00 |
| NOTFILED | Atlas Tube, Inc. | 7100-000 | 44,145.18 | N/A | N/A | 0.00 |
| NOTFILED | Cal-Ohio Lube Prducts Co. | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Niles Expanded Metals | 7100-000 | 6,021.20 | N/A | N/A | 0.00 |
| NOTFILED | Center Steel Sales, Inc. | 7100-000 | 18,630.82 | N/A | N/A | 0.00 |
| NOTFILED | Enmark systems, Inc. | 7100-000 | 5,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Ohio Steel Sheet & Plate, Inc | 7100-000 | 34,300.06 | N/A | N/A | 0.00 |
| NOTFILED | Turret Steel | 7100-000 | 840.00 | N/A | N/A | 0.00 |
| NOTFILED | Tryon Trucking | 7100-000 | 550.04 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Waste Management | 7100-000 | 179.34 | N/A | N/A | 0.00 |
| NOTFILED | William E. Schonberg, Esq. Benesch, Friedlander, Coplan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Youngstown Pipe & Supply | 7100-000 | 1,683.00 | N/A | N/A | 0.00 |
| NOTFILED | Woodward, Inc. | 7100-000 | 3,201.00 | N/A | N/A | 0.00 |
| NOTFILED | Trailer America | 7100-000 | 3,075.07 | N/A | N/A | 0.00 |
| NOTFILED | Steel Dynamics | 7100-000 | 15,203.76 | N/A | N/A | 0.00 |
| NOTFILED | Steel Plate | 7100-000 | 1,102.60 | N/A | N/A | 0.00 |
| NOTFILED | Olympic Steel | 7100-000 | 46,580.55 | N/A | N/A | 0.00 |
| NOTFILED | Aim NationaLease | 7100-000 | 1,599.02 | N/A | N/A | 0.00 |
| NOTFILED | P.I. & I. Motor Express, Inc. | 7100-000 | 572.70 | N/A | N/A | 0.00 |
| NOTFILED | Richard J. Cromer, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sigma TEK Systems, LLC | 7100-000 | 1,402.83 | N/A | N/A | 0.00 |
| NOTFILED | Saw Service & Supply, Inc. | 7100-000 | 3,335.00 | N/A | N/A | 0.00 |
| NOTFILED | Nulfco, Inc | 7100-000 | 77.48 | N/A | N/A | 0.00 |
| NOTFILED | A588 & A572 Steel Company | 7100-000 | 19,704.46 | N/A | N/A | 0.00 |
| NOTFILED | Aim NationaLease | 7100-000 | 9,867.80 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$12,822,168.37** | **$12,497,996.45** | **$12,494,189.61** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-40573-HA  
**Case Name:** GRECO ACQUISITIONS, INC. D/B/A HR E  

**Trustee:** (550090) RICHARD G. ZELLERS  
**Filed (f) or Converted (c):** 03/29/16 (f)  
**§341(a) Meeting Date:** 06/21/16  

**Period Ending:** 01/20/20  

**Claims Bar Date:** 08/12/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID | Unknown | 0.00 | | 0.00 | FA |
| 2 | RENT (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 3 | MACHINERY & EQUIPMENT | 320,000.00 | 5,000.00 | | 5,000.00 | FA |
| 4 | 2006 Chevy (2 axle)<br>Vin#1 GBE5C1286F409320<br>Estim | 8,000.00 | 3,851.00 | | 3,851.00 | FA |
| 5 | 2007 Ford (2 axle) Vin #3FRVVF65877V488745<br>Estim | 9,000.00 | 4,561.72 | | 4,561.72 | FA |
| 6 | 2001 MACK (3 Axle) | 20,000.00 | 7,050.00 | | 7,050.00 | FA |
| 7 | 2010 NISSAN MURANO | 11,300.00 | 8,300.00 | | 8,300.00 | FA |
| 8 | 2009 Chevy Colbolt<br>Vin#1 G1AS18H097253458<br>Estima | 3,475.00 | 2,900.00 | | 2,900.00 | FA |
| 9 | void | 0.00 | 0.00 | | 0.00 | FA |
| 10 | void | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Other inventory or supplies: Inventory value lis | 973,222.11 | 0.00 | | 0.00 | FA |
| 12 | Deposit Account Account at Chase Bank - Deposit | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Disbursement Account Account at Chase Bank - Dis | 0.00 | 0.00 | | 0.00 | FA |
| 14 | A/R 90 days old or less. Face amount = $691392.5 | 691,392.57 | 226,614.67 | | 226,614.67 | FA |
| 15 | ?Parcel #68-00424.000 (193 North James Street, E | 573,200.00 | 260,000.00 | | 260,000.00 | FA |
| 16 | void | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 247 TAGGERTS, EAST PALESTINE, OHIO | 12,600.00 | 0.00 | | 0.00 | FA |
| 18 | Insurance payment for mechanic lien (u) | 0.00 | 91,475.46 | | 91,475.46 | FA |
| 19 | 2007 INTERNATIONAL 7500 TRUCK (u) | 0.00 | 6,556.21 | | 6,556.21 | FA |
| 20 | 1998 UTILITY FLAT BED TRAILER (u) | 0.00 | 1,250.00 | | 1,250.00 | FA |
| 21 | TAX REFUND (u) | 0.00 | 72.64 | | 72.64 | FA |
| 21 | Assets  Totals (Excluding unknown values) | **$2,622,189.68** | **$623,631.70** | | **$623,631.70** | **$0.00** |

Printed: 01/20/2020 10:14 AM    V.14.66

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-40573-HA | **Trustee:** | (550090) RICHARD G. ZELLERS |
| **Case Name:** GRECO ACQUISITIONS, INC. D/B/A HR E | **Filed (f) or Converted (c):** | 03/29/16 (f) |
| | **§341(a) Meeting Date:** | 06/21/16 |
| **Period Ending:** 01/20/20 | **Claims Bar Date:** | 08/12/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017        **Current Projected Date Of Final Report (TFR):**   September 9, 2019  (Actual)

Printed: 01/20/2020 10:14 AM    V.14.66

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-40573-HA  
**Case Name:** GRECO ACQUISITIONS, INC. D/B/A HR E  
**Taxpayer ID #:** **-***2325  
**Period Ending:** 01/20/20  

**Trustee:** RICHARD G. ZELLERS (550090)  
**Bank Name:** Mechanics Bank  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $4,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/27/16 | {14} | P&L METALCRAFTS, LLC | ACCT. REC. | | 1121-000 | 4,763.39 | | 4,763.39 |
| 04/27/16 | {14} | HARRISON COUNTY FUNERAL SUPPLY | ACCT REC | | 1121-000 | 250.00 | | 5,013.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,003.39 |
| 05/02/16 | {14} | US REFRACTORY PRODUCTS | ACCT. REC | | 1121-000 | 1,224.60 | | 6,227.99 |
| 05/10/16 | {14} | A.R.M. OPCO, INC. | ACCT. REC. | | 1121-000 | 3,546.00 | | 9,773.99 |
| 05/17/16 | {14} | ZOTTOLA STELL CORPORATION | ACCT REC. | | 1121-000 | 5,487.64 | | 15,261.63 |
| 05/17/16 | {2} | YOUNGSTOWN PIPE AND STEEL | RENT | | 1222-000 | 2,000.00 | | 17,261.63 |
| 05/23/16 | {14} | DEWATERING SERVICES LLC | ACCT. REC | | 1121-000 | 5,743.00 | | 23,004.63 |
| 05/23/16 | {14} | DEWATERING SERVICES LLC | ACCT. REC | | 1121-000 | 1,350.00 | | 24,354.63 |
| 05/23/16 | {14} | GFS, LLC | ACCT. REC | | 1121-000 | 3,922.47 | | 28,277.10 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.96 | 28,260.14 |
| 06/01/16 | {2} | YPS | RENT | | 1222-000 | 2,000.00 | | 30,260.14 |
| 06/01/16 | {14} | J & T WELDING, INC. | ACCT. REC | | 1121-000 | 5,959.57 | | 36,219.71 |
| 06/28/16 | 101 | TRAVLERS COMMERCIAL LINES | INSURANCE ON BUILDING | | 2420-750 | | 3,275.00 | 32,944.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.24 | 32,889.47 |
| 07/07/16 | {3} | BENESCH FRIEDLANDER COPLAN | CARVE OUT FROM EQUIPMENT SALE | | 1129-000 | 5,000.00 | | 37,889.47 |
| 07/07/16 | {2} | YPS | RENT | | 1222-000 | 2,000.00 | | 39,889.47 |
| 07/26/16 | 102 | TRAVELERS COMMERCIAL LINES | INSURANCE | | 2420-750 | | 3,275.00 | 36,614.47 |
| 07/29/16 | {18} | THE CINCINNATI INSURANCE COMPANY | INSURANCE PAYMENT FOR MECHANIC LIEN | | 1249-000 | 91,475.46 | | 128,089.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 53.57 | 128,036.36 |
| 08/02/16 | 103 | BEN RUDICK AND SON, INC. | SETTLEMENT OF MECHANIC LIEN | | 2990-000 | | 91,475.46 | 36,560.90 |
| 08/08/16 | {14} | NOFTZ SHEET METAL | ACCT. REC. | | 1121-000 | 371.00 | | 36,931.90 |
| 08/08/16 | {14} | EASTERN ALLOY, INC. | ACCT. REC | | 1121-000 | 604.00 | | 37,535.90 |
| 08/12/16 | 104 | JPMORGAN CHASE | ACCOUNTS RECEIVABLE | | 4210-000 | | 15,782.92 | 21,752.98 |
| 08/18/16 | {14} | PRECISION METAL CRAFTERS | ACCT. REC. | | 1121-000 | 15,086.59 | | 36,839.57 |
| 08/19/16 | 105 | TRAVELERS COMMERCIAL LINES | INSURANCE | | 2420-750 | | 3,267.75 | 33,571.82 |
| 08/22/16 | 106 | JPMORGAN CHASE | ACCT. REC. | | 4210-000 | | 13,577.94 | 19,993.88 |
| 08/29/16 | | JEFF BYCE | SALE OF VEHICLES | | | 34,468.93 | | 54,462.81 |
| | {4} | | 2006 CHEVY | 3,851.00 | 1129-000 | | | 54,462.81 |
| | {5} | | 2007 FORD | 4,561.72 | 1129-000 | | | 54,462.81 |
| | {7} | | NISSAN | 8,300.00 | 1129-000 | | | 54,462.81 |
| | {6} | | 2001 MACK | 7,050.00 | 1129-000 | | | 54,462.81 |
| | {8} | | 2009 CHEVY COLBOLT | 2,900.00 | 1129-000 | | | 54,462.81 |
| | {19} | | 2007 INTERNATIONAL | 6,556.21 | 1229-000 | | | 54,462.81 |

Subtotals: $185,252.65  $130,789.84

{} Asset reference(s)

Printed: 01/20/2020 10:14 AM  V.14.66

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-40573-HA  
**Case Name:** GRECO ACQUISITIONS, INC. D/B/A HR E  

**Taxpayer ID #:** **-***2325  
**Period Ending:** 01/20/20  

**Trustee:** RICHARD G. ZELLERS (550090)  
**Bank Name:** Mechanics Bank  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $4,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {20} | | 1998 UTILITY FLATBED TRAILER | 1,250.00 | 1229-000 | | | 54,462.81 |
| 08/31/16 | {14} | FLEMING STEEL COMPANY | ACCT. REC | | 1121-000 | 7,359.00 | | 61,821.81 |
| 08/31/16 | {14} | IROCK CRUSHERS, LLC | ACCT. REC | | 1121-000 | 22,607.37 | | 84,429.18 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 88.81 | 84,340.37 |
| 09/06/16 | 107 | JEFF BYCE, AUCTIONEER | ACUTIONEER FEES | | 3630-000 | | 3,446.89 | 80,893.48 |
| 09/06/16 | 108 | JEFF BYCE, AUCTIONEER | AUCTIONEER EXPENSES | | 3640-000 | | 3,080.69 | 77,812.79 |
| 09/06/16 | 109 | JP MORGAN CHASE | ACCT. REC. | | 4210-000 | | 21,969.74 | 55,843.05 |
| 09/13/16 | {14} | YPS | ACCT. REC. | | 1121-000 | 5,007.39 | | 60,850.44 |
| 09/19/16 | 110 | CHAMPION ENERGY SERVICES | ELECTRIC | | 2990-000 | | 7,993.53 | 52,856.91 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 98.46 | 52,758.45 |
| 10/12/16 | 111 | EAST PALESTINE WATER AND SEWER | WATER BILL | | 2420-000 | | 37.10 | 52,721.35 |
| 10/12/16 | 112 | EAST PALESTINE WATER AND SEWER | WATER BILL | | 2420-000 | | 37.10 | 52,684.25 |
| 10/17/16 | {14} | YPS | ACCT. REC | | 1121-000 | 4,424.55 | | 57,108.80 |
| 10/24/16 | {14} | ANCHORS LIMITED INC.. | ACCT REC | | 1121-000 | 850.00 | | 57,958.80 |
| 10/24/16 | 113 | OHIO EDISON | ELECTRIC BILL | | 2420-000 | | 1,337.24 | 56,621.56 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 75.56 | 56,546.00 |
| 11/03/16 | 114 | EAST PALESTINE WATER AND SEWER | WATER BILL | | 2420-000 | | 37.10 | 56,508.90 |
| 11/03/16 | 115 | EAST PALESTINE WATER AND SEWER | WATER BILL | | 2420-000 | | 37.10 | 56,471.80 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.82 | 56,384.98 |
| 12/09/16 | {14} | BUCKINGHAM, DOOLITTLE & BURROUGHS | ACCT REC./GRASAN | | 1121-000 | 10,000.00 | | 66,384.98 |
| 12/28/16 | 116 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #16-40573 | | 2300-000 | | 16.44 | 66,368.54 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.48 | 66,279.06 |
| 01/10/17 | | SAFEGUARD TITLE AGENCY | SALE OF BUILDING | | | 220,560.52 | | 286,839.58 |
| | {15} | | GROSS AMOUNT | 260,000.00 | 1110-000 | | | 286,839.58 |
| | | | COST OF SELLER, BYCE COMMISSION | -20,600.00 | 3630-000 | | | 286,839.58 |
| | | | PAST DUE TAXES | -5,633.87 | 4700-000 | | | 286,839.58 |
| | | | COUNTY TAXES | -10,164.61 | 4700-000 | | | 286,839.58 |
| | | | CLOSING COSTS | -3,041.00 | 2500-000 | | | 286,839.58 |

Subtotals :  $270,808.83  $38,432.06

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-40573-HA  
**Case Name:** GRECO ACQUISITIONS, INC. D/B/A HR E  

**Taxpayer ID #:** **-***2325  
**Period Ending:** 01/20/20  

**Trustee:** RICHARD G. ZELLERS (550090)  
**Bank Name:** Mechanics Bank  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $4,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/19/17 | 117 | JPMORGAN CHASE | SECURED MORTGAGE | 4110-000 | | 171,929.96 | 114,909.62 |
| 01/25/17 | {14} | GRASAN | ACCT. REC. | 1121-000 | 7,000.00 | | 121,909.62 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.60 | 121,603.02 |
| 02/02/17 | {14} | GRASAN | ACCT. REC. | 1121-000 | 7,000.00 | | 128,603.02 |
| 02/06/17 | 118 | JPMORGAN CHASE | ACCT REC | 4210-000 | | 20,400.00 | 108,203.02 |
| 02/21/17 | {14} | GRASAN | ACCT. REC | 1121-000 | 7,000.00 | | 115,203.02 |
| 02/22/17 | {14} | OSFS METAL, INC. | ACCT. REC | 1121-000 | 2,020.00 | | 117,223.02 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.41 | 117,061.61 |
| 03/03/17 | 119 | JEFF BYCE | AUCTIONEER EXPENSES | 3640-000 | | 8,333.64 | 108,727.97 |
| 03/09/17 | {14} | P&L METALS CRAFTS | ACCT. REC. | 1121-000 | 993.65 | | 109,721.62 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.79 | 109,555.83 |
| 04/10/17 | {14} | GRASAN | ACCOUNT RECEIVABLE | 1121-000 | 7,000.00 | | 116,555.83 |
| 04/12/17 | 120 | JPMORGAN CHASE | ACCOUNTS RECEIVABLE | 4210-000 | | 11,900.00 | 104,655.83 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.06 | 104,504.77 |
| 05/12/17 | {14} | GRASAN | ACCT. REC | 1121-000 | 7,000.00 | | 111,504.77 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.71 | 111,334.06 |
| 06/05/17 | {14} | GRASAN | ACCT. REC. | 1121-000 | 7,000.00 | | 118,334.06 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.19 | 118,165.87 |
| 07/06/17 | {14} | GRASAN | ACCT. RECEIVABLE | 1121-000 | 7,000.00 | | 125,165.87 |
| 07/11/17 | {14} | OSFS METALS | ACCT REC. | 1121-000 | 2,151.00 | | 127,316.87 |
| 07/11/17 | {21} | DEPT OF TAXATION AND FINANCE | TAX REFUND | 1224-000 | 72.64 | | 127,389.51 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.49 | 127,216.02 |
| 08/04/17 | {14} | GRASAN | ACCT REC | 1121-000 | 7,000.00 | | 134,216.02 |
| 08/07/17 | 121 | EARL SCOTT, CPA | ACCOUNTANT FEES | 3410-000 | | 1,038.00 | 133,178.02 |
| 08/21/17 | {14} | OSFS METALS | ACCT. REC | 1121-000 | 2,200.00 | | 135,378.02 |
| 08/23/17 | 122 | JPMORGAN CHASE | ACCT. REC. | 4210-000 | | 21,378.35 | 113,999.67 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.55 | 113,790.12 |
| 09/15/17 | {14} | GRASAN | ACCT RECEIVEABLE | 1121-000 | 7,000.00 | | 120,790.12 |
| 09/18/17 | 123 | JPMORGAN CHASE | ACCT. REC | 4210-000 | | 11,900.00 | 108,890.12 |
| 09/22/17 | {14} | OSFS METALS, INC,. | ACCT. REV. | 1121-000 | 2,200.00 | | 111,090.12 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.33 | 110,922.79 |
| 10/13/17 | {14} | GRASAN | ACCT. REV | 1121-000 | 7,000.00 | | 117,922.79 |
| 10/24/17 | {14} | OSFS METALS | ACCT. REC. | 1121-000 | 2,200.00 | | 120,122.79 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.51 | 119,947.28 |
| 11/28/17 | 124 | JPMORGAN CHASE | ACCT. REC. | 4210-000 | | 15,640.00 | 104,307.28 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.52 | 104,134.76 |

Subtotals : $81,837.29 $264,542.11

{} Asset reference(s)

Printed: 01/20/2020 10:14 AM   V.14.66

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-40573-HA  
**Case Name:** GRECO ACQUISITIONS, INC. D/B/A HR E  

**Taxpayer ID #:** **-***2325  
**Period Ending:** 01/20/20  

**Trustee:** RICHARD G. ZELLERS (550090)  
**Bank Name:** Mechanics Bank  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $4,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/17 | {14} | OSFS METALS | ACCT. REV | 1121-000 | 2,000.00 | | 106,134.76 |
| 12/15/17 | 125 | RICHARD G. ZELLERS | ATTORNEY FEES | 3110-000 | | 45,000.00 | 61,134.76 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.43 | 61,008.33 |
| 01/03/18 | {14} | OSFS METAL, INC. | ACCOUNT REC | 1121-000 | 2,390.00 | | 63,398.33 |
| 01/03/18 | 126 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2018 FOR CASE #16-40573 | 2300-000 | | 21.91 | 63,376.42 |
| 01/16/18 | {14} | AFFILIATED METAL INDUSTRIES | ACCT REC | 1121-000 | 3,750.00 | | 67,126.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.11 | 67,024.31 |
| 02/02/18 | 127 | JPMORGAN CHASE | ACCT REV. | 4210-000 | | 6,919.00 | 60,105.31 |
| 02/05/18 | {14} | AFFILIATED METAL INDUSTRIES | ACCT REV | 1121-000 | 1,500.00 | | 61,605.31 |
| 02/13/18 | {14} | JOB FAB, INC. | ACCT REV | 1121-000 | 1,000.00 | | 62,605.31 |
| 02/27/18 | {14} | GRASAN | ACCT. | 1121-000 | 15,490.47 | | 78,095.78 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.58 | 78,008.20 |
| 03/02/18 | 128 | JPMORGAN CHASE | ACCT REV | 4210-000 | | 13,166.89 | 64,841.31 |
| 03/09/18 | {14} | AFFILIATED METAL | ACCT REV. | 1121-000 | 1,500.00 | | 66,341.31 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.76 | 66,238.55 |
| 04/02/18 | {14} | JOB FAB,INC. | ACCT. REV | 1121-000 | 500.00 | | 66,738.55 |
| 04/05/18 | {14} | AFFILIATED METAL INDUSTRIES | ACCT. REC. | 1121-000 | 1,500.00 | | 68,238.55 |
| 04/24/18 | {14} | OSFS METALS, INC. | ACCT REV | 1121-000 | 2,662.98 | | 70,901.53 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.66 | 70,806.87 |
| 05/04/18 | {14} | JOB FAB,INC. | ACC.T. REC. | 1121-000 | 500.00 | | 71,306.87 |
| 05/09/18 | {14} | AFFILIATED METAL INDUSTRIES, INC. | ACCT. REC | 1121-000 | 1,500.00 | | 72,806.87 |
| 05/17/18 | {14} | OSFS METALS | ACCT REC | 1121-000 | 2,500.00 | | 75,306.87 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.65 | 75,191.22 |
| 06/05/18 | 129 | JPMORGAN CHASE | ACCT REC | 4210-000 | | 3,352.77 | 71,838.45 |
| 06/18/18 | {14} | AFFILIATED METAL INDUSTRIES, INC. | ACCT. REC. | 1121-000 | 1,500.00 | | 73,338.45 |
| 06/25/18 | 130 | EARL SCOTT, CPA | ACCOUNTANT FEES | 3410-000 | | 526.00 | 72,812.45 |
| 06/27/18 | 131 | LEECH TISHMAN | ATTORNEY FEES | 3210-000 | | 3,498.50 | 69,313.95 |
| 06/27/18 | 132 | LEECH TISHMAN | ATTORNEY EXPENSES | 3220-000 | | 407.24 | 68,906.71 |
| 06/28/18 | {14} | JOB FAB, INC. | ACCT REV | 1121-000 | 500.00 | | 69,406.71 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.79 | 69,302.92 |
| 07/19/18 | {14} | AFFILIATED METAL INDUSTRIES, INC. | ACCT. REC. | 1121-000 | 1,500.00 | | 70,802.92 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.86 | 70,695.06 |

Subtotals : $40,293.45 $73,733.15

{} Asset reference(s)

Printed: 01/20/2020 10:14 AM V.14.66

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-40573-HA | | Trustee: | RICHARD G. ZELLERS (550090) |
|---|---|---|---|---|
| Case Name: | GRECO ACQUISITIONS, INC. D/B/A HR E | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8366 - Checking Account |
| Taxpayer ID #: | **-***2325 | | Blanket Bond: | $4,000,000.00 (per case limit) |
| Period Ending: | 01/20/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/21/18 | {14} | AFFILIATED METAL INDUSTRIES | ACCT. REC. | 1121-000 | 1,500.00 | | 72,195.06 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.71 | 72,089.35 |
| 09/18/18 | {14} | AFFILIATED METAL INDUSTRIES | ACCT REC. | 1121-000 | 1,500.00 | | 73,589.35 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.66 | 73,533.69 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.48 | 73,467.21 |
| 11/01/18 | 133 | LEECH TISHMAN | ATTORNEY FEES | 3210-000 | | 1,980.02 | 71,487.19 |
| 11/01/18 | 134 | LEECH TISHMAN | ATTORNEY EXPENSES | 3220-000 | | 14.33 | 71,472.86 |
| 11/06/18 | {14} | AFFILIATED METAL | ACCT. REC. | 1121-000 | 1,500.00 | | 72,972.86 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.97 | 72,912.89 |
| 12/17/18 | {14} | AFFILIATED METAL INDUSTRIES | ACCT REC. | 1121-000 | 1,500.00 | | 74,412.89 |
| 12/20/18 | 135 | JPMORGAN CHASE | ACCT. REV | 4210-000 | | 5,978.50 | 68,434.39 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.38 | 68,376.01 |
| 01/22/19 | 136 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2019 FOR CASE #16-40573 | 2300-000 | | 15.95 | 68,360.06 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.62 | 68,296.44 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.39 | 68,244.05 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.22 | 68,189.83 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.78 | 68,130.05 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.86 | 68,072.19 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.21 | 68,019.98 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.49 | 67,958.49 |
| 08/21/19 | 137 | RANDALL MELVIN, CPA | ACCOUNTANT FEES | 3410-000 | | 1,971.00 | 65,987.49 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.85 | 65,931.64 |
| 12/12/19 | 138 | RICHARD G. ZELLERS | Dividend paid 51.74% on $34,431.59, Trustee Compensation; Reference: | 2100-000 | | 17,817.86 | 48,113.78 |
| 12/12/19 | 139 | RICHARD G. ZELLERS | Dividend paid 51.74% on $90,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 46,573.74 | 1,540.04 |
| 12/12/19 | 140 | Richard G. Zellers | Dividend paid 51.74% on $2,976.00, Trustee Expenses; Reference: | 2200-000 | | 1,540.04 | 0.00 |
| | | | ACCOUNT TOTALS | | 584,192.22 | 584,192.22 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 584,192.22 | 584,192.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $584,192.22 | $584,192.22 | |

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 16-40573-HA | Trustee: | RICHARD G. ZELLERS (550090) | |
| Case Name: | GRECO ACQUISITIONS, INC. D/B/A HR E | Bank Name: | Mechanics Bank | |
| | | Account: | ******8366 - Checking Account | |
| Taxpayer ID #: | **-***2325 | Blanket Bond: | $4,000,000.00 (per case limit) | |
| Period Ending: | 01/20/20 | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Net Receipts : | 584,192.22 | | | | |
| | | Plus Gross Adjustments : | 39,439.48 | | Net Receipts | Net Disbursements | Account Balances |
| | | | | TOTAL - ALL ACCOUNTS | | | |
| | | Net Estate : | $623,631.70 | Checking # ******8366 | 584,192.22 | 584,192.22 | 0.00 |
| | | | | | $584,192.22 | $584,192.22 | $0.00 |

{} Asset reference(s)                                                              Printed: 01/20/2020 10:14 AM     V.14.66